```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
ANDREW PARK, CELESTE VARGAS, ALFREDO :
LARIOS SALVADOR, WILMER ADOLFO       :
LARIOS SALVADOR, individually and on behalf of :
all other similarly situated,        :
                                     :                23-CV-11309 (VEC)
                         Plaintiffs, :
              -against-              :                ORDER
                                     :
HANPOOL, INC., GAM MEE OK, INC., &   :
HYUNG K. CHOI.                       :
                                     :
                         Defendants. :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/24

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 26, 2024, the Court granted in part Plaintiffs' Motion for FLSA conditional certification (the "Opinion"), *see* Dkt. 49;

WHEREAS the Opinion limited the opt-in period to 60 days, *see* Dkt. 49 at 11, and tolled the statute of limitations from June 14, 2024, the date on which Plaintiffs filed their motion for conditional certification, to September 26, 2024, the date of the Opinion, *see id.* at 10; and

WHEREAS the FLSA notice period concludes on November 25, 2024.

IT IS HEREBY ORDERED that the parties appear before the Court for a conference on **Friday, December 6, 2024** at **10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that the parties are directed to consult the Undersigned's Individual Practices in Civil Cases and to confer on a Civil Case Management Plan and Scheduling Order. The Individual Practices and Civil Case Management Plan may be found on the Court's

website: https://nysd.uscourts.gov/hon-valerie-e-caproni. The proposed case management plan must be filed by no later than **December 2, 2024**.

**SO ORDERED.**

Date: October 22, 2024
New York, New York

　　　　　　　　　　　　　　　　　　　　　**VALERIE CAPRONI**
　　　　　　　　　　　　　　　　　　　　　United States District Judge