UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
ANDREW PARK, CELESTE VARGAS, ALFREDO         :
LARIOS SALVADOR, WILMER ADOLFO               :
LARIOS SALVADOR, individually and on behalf of :
all other similarly situated,                :
                                             :    23-CV-11309 (VEC)
                                Plaintiffs,  :
              -against-                      :    ORDER
                                             :
HANPOOL, INC., GAM MEE OK, INC., &           :
HYUNG K. CHOI.                               :
                                             :
                                Defendants.  :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared before the Court on December 6, 2024.

IT IS HEREBY ORDERED that the parties appear before the Court for a conference on **Friday, February 7, 2025** at **10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

IT IS FURTHER ORDERED that the parties are directed to consult the Undersigned's Individual Practices in Civil Cases and to confer on a Civil Case Management Plan and Scheduling Order. The Individual Practices and Civil Case Management Plan may be found on the Court's website: https://nysd.uscourts.gov/hon-valerie-e-caproni. The proposed case management plan must be filed by no later than **January 30, 2025**.

The Court will enter a referral to Magistrate Judge Cave by separate order.

**SO ORDERED.**

Date:  December 6, 2024
       New York, New York

_____
**VALERIE CAPRONI**
**United States District Judge**