UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW PARK, et al.,

                        Plaintiffs,

        -v-

                                                        CIVIL ACTION NO.: 23 Civ. 11309 (VEC) (SLC)

HANPOOL, INC., et al.,                                              **ORDER**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        This action has been referred to the undersigned for settlement.  (ECF No. 53).

Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for

**Thursday, December 19, 2024 at 2:15 p.m.** on the Court's Microsoft Teams platform.  The parties

are directed to call: (646) 453-4442; access code: 466-749-662#, at the scheduled time.  The

parties shall be prepared to discuss their availability, and that of their clients, for a Settlement

Conference, as well as their preferred format for the Settlement Conference (in-person, by

telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the

parties on an alternative platform).

Dated:        New York, New York
              December 9, 2024

                                        SO ORDERED.

                                        SARAH L. CAVE
                                        **United States Magistrate Judge**