# The Law Offices of Diane H. Lee, P.C.*

**1630 Center Avenue**  
**Fort Lee, NJ 07024**  
**TEL: (201)363-0101**  
    **(201)482-4183**  
    **(551)309-9833**  
<u>DLEE@DHLLAW.COM</u>  
<u>www.thelawofficesofdianehlee.com</u>  
**\*Member of NY and NJ Bars**

**11 E. 44th Street**  
**Suite 1001**  
**NEW York, NY 10017**

**PLEASE REPLY TO FORT LEE OFFICE**

January 30, 2025

**VIA ECF**
The Honorable Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street Room 1670
New York, NY 10007

Re: Park, et. al. v. Hanpool, Inc. *et.al.*
    Civil Action No.: 1-23-cv-11309-VEC

Your Honor:

My firm represents the Defendants in the above-captioned matter.

A settlement conference is currently scheduled before Your Honor for February 12, 2025 at 2:00 p.m. (Dkt. No. 56). I am writing this letter motion to respectfully request that the currently scheduled settlement conference be adjourned to a later date. Plaintiffs' counsel consents to this request and this is the Defendants' first request for an adjournment. The Parties propose March 3, 6, 11 or 13 as an alternate date for a settlement conference.

On January 13, 2025, three (3) opt-ins filed their consent to join this collective action and since then the Defendants have been working on gathering their pay information. Due to the holidays and the fact that the Corporate Defendant now has a new custodian of the records, the Defendants have not been able to share their relevant documents with the Plaintiffs' Counsel for a settlement conference to be effective.

I respectfully request Your Honor to allow additional time for the Parties to be fully prepared for

1

a settlement conference. Thank you.

Respectfully,

Diane H. Lee

cc: Clifford Tucker, Esq.
    Sacco & Filas, LLP
    Attorney for Plaintiffs Via ECF

---

The Court is in receipt of Defendants' Letter-Motion seeking adjournment of the settlement conference scheduled for February 12, 2025. (ECF No. 60 ("the "Letter-Motion")). The Letter-Motion is GRANTED, and the settlement conference--which will take place in-person in Courtroom 18A, 500 Pearl Street, New York, NY 10007--is ADJOURNED to **Thursday, March 6, 2025 at 10:00 a.m.** By **Friday, February 28, 2025**, the parties shall file their pre-conference submissions consistent with the requirements of the Court's December 19, 2024 scheduling order. (See ECF No. 56).

The Clerk of Court is respectfully directed to close ECF No. 60.

SO ORDERED.   1/30/2025

SARAH L. CAVE
United States Magistrate Judge