UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW PARK, et al.,

                    Plaintiffs,

        -v-                                          CIVIL ACTION NO.: 23 Civ. 11309 (VEC) (SLC)

                                                     **ORDER**

HANPOOL, INC., et al.,

                    Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

At roughly 4:15 p.m. on Tuesday, March 4, 2025, Attorney Clifford Tucker filed a letter stating that two of his clients—Plaintiffs Andre Park and Alfredo Larios Salvador—would be unable to physically attend the settlement conference scheduled for this Thursday, March 6, 2025 (the "Settlement Conference"). (ECF No. 66). Mr. Tucker therefore requests use of a "toll-free conference call number . . . so that [Mr. Park and Mr. Larios] may dial in to the [S]ettlement [C]onference." (Id.)

The Court disfavors split-format conferences and is therefore disinclined to have some parties attend the Settlement Conference in person while others attend telephonically. Accordingly, to ensure that all parties may equally participate in a fruitful discussion, the Settlement Conference will now proceed by videoconference hosted on the Court's Microsoft Teams platform. The Court will provide a link to connect to the Settlement Conference once it receives the annexed Attendance Acknowledgement Form (the "Form") with the names and email addresses of the individuals who will attend. If absolutely necessary, Mr. Park and Mr. Larios may dial in to the Settlement Conference using a telephonic access code that will be

provided on the Court's receipt of the Form, which all parties must submit (or re-submit) by

**today, Wednesday, March 5, 2025 at 3:00 p.m. EST.**

Finally, to be clear, **whether participating by video or by phone, all parties must attend the Settlement Conference and must do so from a suitable location free of distractions and background noise.**

Dated:       New York, New York
             March 5, 2025

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**

2

**ATTENDANCE ACKNOWLEDGMENT FORM**

**CASE NAME:** _____

**DOCKET NUMBER**: _____

I represent the ☐ Plaintiffs ☐ Defendants

☐ I acknowledge that I am attending a virtual settlement conference **through the Court's Microsoft Teams platform** on _____ at _____.

Please provide the name of any co-counsel who will attend the conference with you.

_____
_____
_____

☐ I acknowledge that my client, and any other relevant decisionmakers, will attend the settlement conference.

Please provide the name and title, if applicable, of the individuals who will attend:

_____
_____
_____

Next to the name of each conference participant, please indicate the last four digits of the phone number from which they will be calling into the conference, e.g., John Doe (1234) or the email address to which the Microsoft Teams invitation should be sent.

_____          _____
Signature                                   Date

_____
Name (print)