

**Sacco & Fillas, LLP**
Attorneys at Law

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

> The Letter-Motion at ECF No. 73 is GRANTED, and the parties' deadline to file an executed offer of judgment pursuant to Federal Rule of Civil Procedure 68 is EXTENDED to **Monday, April 21, 2025.**
>
> The Clerk of Court is respectfully directed to close ECF No. 73.
>
> SO ORDERED.   4/4/2025
>
> SARAH L. CAVE
> United States Magistrate Judge

April 3, 2025

**BY ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

   Re:  *Park et al v. Hanpool, Inc. et al*
   Case No. 23-cv-11309-SLC

Your Honor:

  This office represents Plaintiffs in the above-referenced matter.  We write jointly with Defendants to respectfully request an extension to file the settlement materials, which are due on April 6, 2025.

  The parties will be resolving this case through a Rule 68 Offer of Judgment (the "Offer") pursuant to Mei Xing Yu v. Hasaki Rest., Inc., 944 F.3d 395, 414 (2d Cir. 2019).  However, more time is needed to draft and execute the Offer. As such, the parties respectfully request that the deadline to submit settlement materials to the Court be converted to a deadline to submit the Offer, and be extended to April 21, 2025.  This is the first request of its kind.

  The parties thank the Court for its time and attention to this matter.

            Respectfully submitted,
            /s/Clifford Tucker
            Clifford Tucker, Esq.

FIRM:67007686v1