

31-19 Newtown Avenue
Seventh Floor
Astoria, NY 11102

Tel: 718 746-3440
Direct: 718 269-2243
Direct Fax: 718 559-6517

ctucker@saccofillas.com
www.saccofillas.com

> The Letter-Motion at ECF No. 75 is GRANTED, and the parties' deadline to file settlement materials is EXTENDED to **Thursday, May 1, 2025.**
>
> The Clerk of Court is respectfully directed to close ECF No. 75.
>
> SO ORDERED.   4/18/2025
>
> SARAH L. CAVE
> United States Magistrate Judge

April 17, 2025

**BY ECF**
Hon. Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:  *Park et al v. Hanpool, Inc. et al*
    Case No. 23-cv-11309-SLC

Your Honor:

This office represents Plaintiffs in the above-referenced matter. We write to respectfully request a brief extension of the deadline to submit the settlement materials, currently due on April 21, 2025. This is the second request for an extension, the first having been granted on April 4, 2025.

The additional time is necessary to address certain outstanding issues concerning the participation of two opt-in Plaintiffs—Daniel Ajcojon and Juan Pablo Angamarca Espinoza—before finalizing the settlement submission. We are working diligently to resolve these issues and prepare any necessary motion in connection therewith.

Defendants consent to this request. If granted, the extension would not affect any other deadlines in this matter. Accordingly, the parties respectfully request that the deadline to submit the settlement materials be extended to May 1, 2025.

The parties thank the Court for its attention to this matter.

FIRM:67007686v1