UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW PARK, et al.,

                        Plaintiffs,

    -v-                                          CIVIL ACTION NO. 23 Civ. 11309 (SLC)

HANPOOL, INC., et al.,

                                        **ORDER TO SUBMIT SUPPLEMENTAL**
                                                 **SETTLEMENT MATERIALS**

                        Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

        The Court is in receipt of the parties' Letter-Motion for Settlement Approval (ECF No. 77 (the "Motion")) and the accompanying "Settlement Agreement and Release" (ECF No. 77-1 (the "Agreement")). In the Motion, the parties refer to a retainer agreement (the "Retainer Agreement") with Plaintiffs (see ECF No. 77 at 6), but the Court cannot locate the Retainer Agreement in the record. And although the Agreement states that it has itself been translated into Spanish and Korean depending on the primary language of each plaintiff, it makes no such representation as to the Retainer Agreement. Consequently, by **Friday, May 9, 2025,** Plaintiffs' counsel shall file a copy of any Retainer Agreement and a declaration attesting that it was translated into each Plaintiff's primary language before execution. See Sanchez v. Alan's R E 99 Cents & Up Inc., No. 16 Civ. 1881 (CBA) (LB), 2018 WL 2452784, at *5 (E.D.N.Y. Apr. 24, 2018) (requiring submission of proof that an agreement had been translated into the plaintiff's primary language).

Dated:       New York, New York
               May 2, 2025                            SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

Case 1:23-cv-11309-SLC   Document 78   Filed 05/02/25   Page 2 of 2