UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDRE PARK, et al.,

                Plaintiffs,

-v-

HANPOOL, INC, et al.,

                Defendants.

CIVIL ACTION NO.: 23 Civ. 11309 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On May 20, 2025, the Court issued an Order Approving Settlement that directed the parties to file the Stipulation of Dismissal with Prejudice by Tuesday, May 27, 2025. (ECF No. 82). The parties failed to file the Stipulation of Dismissal by the deadline. As a one-time courtesy, the Court sua sponte EXTENDS the deadline to file the Stipulation of Dismissal to **Friday, May 30, 2025.**

Dated:    New York, New York
            May 28, 2025

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**